UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA G. ALSPAW, | No. C 11-1144 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WALTER MILLER, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it fails to state a claim upon which federal habeas relief may be granted and because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 27, 2011

_____
SUSAN ILLSTON
United States District Judge