UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENA G. ALSPAW,                                         No. C 11-1144 SI (pr)

        Petitioner,                                    **ORDER**

    v.

WALTER MILLER, warden,

        Respondent.
                                     /

        Petitioner's request for a certificate of appealability (Docket # 12) is DENIED for the reason stated at page 12 of the Order Of Dismissal. Petitioner's application to proceed *in forma pauperis* on appeal is GRANTED. (Docket 13.) All further motions should be filed in the U.S. Court of Appeals For The Ninth Circuit.

        IT IS SO ORDERED.

DATED: October 26, 2011

                                                    SUSAN ILLSTON
                                       United States District Judge